470 A.2d 1045

Huha v. Manganell, Jr., Appellant.

Submitted December 13, 1983.

Frank Manganell, Jr., appellant, in propria persona; Peter John Fagan, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Order affirmed.

470 A.2d 1045

In the Estate of Pohutsky.

Appeal of Bernard Pohutsky, Executor of The Estate of Elizabeth Pohutsky.

Argued September 7, 1983.

Thomas E. Mack, for appellant; J. Earl Langan, for participating party.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

The decree of the lower court is affirmed.